DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. COURTNEY

No. 94 PC.

Case below: 25 N.C. App. 351.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. DAIL

No. 174 PC.

Case below: 25 N.C. App. 552.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. DANIELS

No. 157 PC.

Case below: 25 N.C. App. 681.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. DARK

No. 20 PC.

Case below: 26 N.C. App. 610.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. ENSLIN

No. 134 PC.

Case below: 25 N.C. App. 662.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 25 August 1975.